IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARDINIA M. A.,

    Plaintiff,

v.     No. 1:25-cv-00669-KRS

FRANK BISIGNANO,
*Acting Commissioner of the Social Security Administration*,

    Defendant.

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Proceed In Forma Pauperis. (Doc. 2). Having reviewed the Motion, the Court **FINDS** that Plaintiff's request is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis, (Doc. 2), is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the Clerk is hereby directed to transmit the required Notice pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. 405(g).

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE