**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**KARDINIA M. A.,**

**Plaintiff,**

**vs.** **CIV NO. 1:25-cv-00669-KRS**

**FRANK BISIGNANO,**
**Commissioner of the Social Security Administration,**

**Defendant.**

## JUDGMENT

Having granted Plaintiff Kardinia M. A.'s ("Plaintiff") Motion to Reverse and Remand for a Rehearing with Supporting Memorandum, (Doc. 11), in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

Kevin Sweazea

**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**